ധ10ඛ6

## Marilyn M. Jones & Associates, Ltd.
P.O. BOX 1103
Michigan City, Indiana 46361
(219) 879-4077 Phone   (219) 879-1211 Fax
Tax ID: 35-1793988

August 14, 2013

Mr. Adam Wiers
Jones Day
77 West Wacker
Chicago, IL 60601

| | |
|---|---|
| | Invoice Number
13-MJ 7884 |

Re: Childress vs. Experian
Cause No.:   Taken: 7/22/2013 - Andrea M. Childress

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| AAppearance-Hourly | 7/22/2013 9:50 - 12:50 | 3.00 | 45.00 | 135.00 |
| iAO+1-01ARegular | Tran of: Andrea M. Childress | 134.00 | 3.85 | 515.90 |
| Exhibit Copying | Scan to PDF | 1.00 | 5.00 | 5.00 |
| UPS/Handling/Binding | Ship copy & exbs to Wiers & Email Transcript | 1.00 | 8.75 | 8.75 |
| UPS/Handling/Binding | Fees to ship signed org after signature | 1.00 | 8.75 | 8.75 |

Invoice total: $673.40

Payment due upon receipt. RETURN YELLOW COPY WITH REMITTANCE
We have conference room(s) in South Bend & Michigan City!  We travel where you need us when you need us.
Visit our Web site:  www.indianacourtreporters.com E-mail us at: mjones@adsnet.com
For your convenience we have local numbers for the following areas:
SOUTH BEND -- 574-217-9999   (Write these numbers in your Rolodex
VALPARAISO -- 219-734-0123    for future reference.)
LaPORTE   -- 219-369-0123  Out-of-State:  1-888-810-4077

WE ACCEPT CREDIT CARDS!!!
VISA/MASTERCARD/DISCOVER....Call: 1-888-810-4077, ext 222

Office USE  Date Paid: _____
Deposit:____ Closed in RW _____

WE ACCEPT CREDIT CARDS!!!