221942

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 448740 | 10/10/2013 | 364732 |
| Job Date | Case No. | |
| 9/25/2013 | | |
| Case Name | | |
| Andrea Childress v. Exterior Solutions | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

**BARKLEY** File No 50217
Court Reporters Los Angeles, CA 90074-0217
barkley.com Tel 800.222.1231 · Fax 310.867.2610

Adam Wiers
Jones Day - (IL)
77 West Wacker Drive
Chicago IL 60601

==1 Certified Copy/Index transcript of deposition of:==
==Kelly Pasqual==

760.51

==TOTAL DUE >>>     $760.51==

You are now able to submit payments at www.Barkley.com

Vcoukn
026123-058748

Tax ID: 95-3312349                                   Phone: 312-782-3939    Fax:

*Please detach bottom portion and return with payment.*

Adam Wiers
Jones Day - (IL)
77 West Wacker Drive
Chicago IL 60601

Job No.     : 364732        BU ID    : .BCR - OC
Case No.    :
Case Name   : Andrea Childress v. Exterior Solutions

Invoice No. : 448740        Invoice Date  10/10/2013
Total Due   : $ 760.51

**PAYMENT WITH CREDIT CARD**     AMEX  [MC]  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles CA 90074**