# Young Reporting Services



Young Reporting Services, LLC
414 N.W. 4th Street
Suite 140
Oklahoma City, OK 73102

(405)236-8426
info@youngreporting.com
http://www.youngreporting.com/

## Invoice

| Date | Invoice No. |
|---|---|
| 10/24/2013 | 5966 |
| Terms | Due Date |
| Net 30 | 11/23/2013 |

**Bill To**
Mr. Adam Wiers
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601

| Activity | Amount |
|---|---|
| ANDREA M. CHILDRESS vs. EXPERIAN INFORMATION SOLUTIONS, INC - Case No 1:12-CV-1529-TWP-DKL | |
| For court reporting services rendered in providing One Copy of the Deposition of MARK JOHNSON taken on October 8, 2013, in Oklahoma City, Oklahoma | 297.20 |

THANK YOU - LORI ROBERTS, CSR

VCOVER
D2L123 - 058748

| | Total | $297.20 |

Please return copy with remittance.
Federal I.D. No. 76-0799538
Visit us at www.youngreporting.com