# StewartRichardson

800 859.0873 www.stewartrichardson.com

Courtney E. Silver
JONES DAY
77 West Wacker Drive
Suite 3400
Chicago IL 60601-1692

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150257 | 3/18/2014 | 83926 |
| Job Date | Case No. | |
| 3/6/2014 | 12-CV-1529-TWP-DKL | |
| Case Name | | |
| Andrea Childress v. Experian Information Solutions, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
Teri Ann Cento
913.75

TOTAL DUE >>>  $913.75

AFTER 4/17/2014 PAY  $959.44

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

*OK to Pay*
*Courtney E. Silver /msc*
*026123 - 058748*
*JP012473*

Tax ID: 35-1381218

*Please detach bottom portion and return with payment*

Courtney E. Silver
JONES DAY
77 West Wacker Drive
Suite 3400
Chicago IL 60601-1692

| | | | |
|---|---|---|---|
| Job No. | 83926 | BU ID | : SRA |
| Case No. | 12-CV-1529-TWP-DKL | | |
| Case Name | Andrea Childress v. Experian Information Solutions, Inc., et al. | | |
| Invoice No. | 150257 | Invoice Date | : 3/18/2014 |
| Total Due | : $913.75 | | |

AFTER 4/17/2014 PAY $959.44

Remit To: Stewart Richardson Deposition Services
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis IN 46204

**PAYMENT WITH CREDIT CARD** — AMEX / MC / VISA

Cardholder's Name:
Card Number:
Exp. Date:         Phone #:
Billing Address:
Zip.         Card Security Code:
Amount to Charge:
Cardholder's Signature: