

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ADAM W. WIERS
JONES DAY
77 WEST WACKER DRIVE
35TH FLOOR
CHICAGO, IL 60601-1692

**INVOICE**

41689

| DATE | CLIENT | FILE |
|---|---|---|
| 06/16/2014 | 9758 | ANDREA CHILDRESS VS. EXPERIAN INFO |

==COPY TRANSCRIPT - JOSHUA COSOLA==

Total Amount: 176.20

Interest At A Rate Of 1.50% After 30 Days: 0.00

Less Paid To Date: 0.00

==Total Due: 176.20==

Tax Number: 36-3304432      02L123-058748

**Method of Payment:**

☐ Check Enclosed
    Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
    ☐ Visa
    ☐ Mastercard

Credit Card #        Expiration Date

There will be a $10.00 service fee applied to all credit card payments.

Signature (as it appears on your card)

Print Name (as it appears on your card)

Daytime Phone: