Jones Day Billback

# Transaction Detail by Client Matter

(Transaction Data, Batch between 2085 and 2087 and Client Matter Number equals '026123-058748')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 026123-058748** | | **(Experian Information Solutions / Childress, Andrea M. Class Action)** | | | | |
| **Disbursement: Photocopying: Black & White (RDUP)** | | | | | | |
| 01/14/2013 15:55 | Wiers, Adam | | 0:00:00 | 6 USD | | 1.20 |
| | | Subtotal | 0:00:00 | 6 USD | | 1.20 |
| | | Total Client Matter: 026123-058748  (Experian Information Solutions / Childress, Andrea M. Class Action) | | | USD | 1.20 |
| | | | | Grand Totals: | USD | 1.20 |

## ITEMIZED SERVICES

| DATE | | TMKR | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/04/13 | ███████████████████████ | MLA | | ███████ |
| 02/08/13 | ███████████████████████ | MLA | | ███████ |

## SUMMARIZED COSTS

| DESCRIPTION | QTY | PER UNIT | TOTAL |
|---|---|---|---|
| Pacer | ███████ | ███████ | ███████ |
| Reproductions | 58.00 | 0.10 | 5.80 |
| TOTAL | | | ███████ |

TOTAL COSTS 

Jones Day Billback

# Transaction Detail by Client Matter

(Transaction Date, Batch between 2114 and 2116 and Client Matter Number equals '026123-058748' and Disbursement equals 'Photocopying: Black & White (RDUP)')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| Client Matter: 026123-058748 (Experian Information Solutions / Childress, Andrea M. Class Action) | | | | | | |
| Disbursement: Photocopying: Black & White (RDUP) | | | | | | |
| 04/10/2013 15:25 | Silver, Courtney | | 0:00:00 | 160 | USD | 32.00 |
| | | Subtotal | 0:00:00 | 160 | USD | 32.00 |
| | | Total Client Matter: 026123-058748 (Experian Information Solutions / Childress, Andrea M. Class Action) | | | USD | 32.00 |
| | | | | Grand Totals: | USD | 32.00 |

Jones Day Billbeck

## Transaction Detail by Client Matter

(Transaction Data, Batch between 2118 and 2120 and Client Matter Number equals '026123-058748' and Disbursement equals 'Photocopying: Black & White (RDUP)')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| Client Matter: 026123-058748 (Experian Information Solutions / Childress, Andrea M. Class Action) | | | | | | |
| Disbursement: Photocopying: Black & White (RDUP) | | | | | | |
| 04/17/2013 15 51 | Wiers, Adam | | 0 00:00 | 283 | USD | 56.60 |
| | | Subtotal | 0:00:00 | 283 | USD | 56.60 |
| | | Total Client Matter: 026123-058748 (Experian Information Solutions / Childress, Andrea M. Class Action) | | | USD | 56.60 |
| | | | | Grand Totals: | USD | 56.60 |

Jones Day Billback

# Transaction Detail by Client Matter

(Transaction Data, Batch between 2166 and 2168 and Client Matter Number equals '026123-058748' and Disbursement equals 'Photocopying: Black & White (RDUP)')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| Client Matter: 026123-058748 (Experian Information Solutions / Childress, Andrea M. Class Action) | | | | | | |
| Disbursement: Photocopying: Black & White (RDUP) | | | | | | |
| 07/16/2013 13:40 | Wiers, Adam | | 0:00:00 | 534 | USD | 106.80 |
| | | Subtotal | 0:00:00 | 534 | USD | 106.80 |
| | | Total Client Matter: 026123-058748 (Experian Information Solutions / Childress, Andrea M. Class Action) | | | USD | 106.80 |
| | | | | Grand Totals: | USD | 106.80 |