

**XACT DATA DISCOVERY**
*Because you need to know*

Xact Data Discovery - DATX
913-362-8662 ext 5112

# INVOICE

**REMIT PAYMENT TO:** Xcellence, Inc.
Worksource #163
PO Box 414378
Kansas City, MO 64141

Invoice Number: 23-35137
Invoice Date: 7/31/2013
Customer ID: 18JONESDAYC
Page: 1

**Bill To:** Jones Day
77 West Wacker Drive
Chicago, IL 60601

**Ship To:** Jones Day
77 West Wacker Drive
Chicago, IL 60601

026123-058748

OK to Pay
E Pratt
9/30/13

| | | |
|---|---|---|
| Ship Via | Delivery | |
| Ship Agent | XACT | |
| Ship Date | 6/30/2013 | |
| Due Date | 8/30/2013 | |
| Terms | Net 30 Days | |

Contact: Elizabeth Pratt
P.O. Number: Childress v Experian
Case No.: CHILDRESS V EXPERIAN
Job No.: 13635-4/5 & HOSTING
SalesPerson: Erich Graumann

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| HOSTING1 | Case Review - User Licensing | | | | |
| HOSTING2 | Case Review - Hosting Storage | | | | |
| | July 2013 Data Hosting | | | | |
| EDD8 | Production Work  (13635-4) | | | | |
| EDD6 | ED - Electronic Bates Stamp | 255 | Each Item | .01 | 2.55 |
| EDD4 | PDF Conversion | 255 | Each Item | .02 | 5.10 |
| EDD10 | Media - CD/DVD | 1 | Each Item | 30.00 | 30.00 |
| | VOL: EXP-CH001 | | | | |
| | RANGE: EXP-CH_000001 - EXP-CH_000225 | | | | |
| | PG CNT 225  DOC CNT 44 | | | | |
| EDD8 | Production Work  (13635-5) | | | | |
| EDD6 | ED - Electronic Bates Stamp | 567 | Each Item | 01 | 5.67 |
| EDD4 | PDF Conversion | 567 | Each Item | 02 | 11.34 |

Fed. Tax ID#:

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____    Date: _____



**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - DATX
913-362-8662 ext. 5112

# INVOICE

Invoice Number: 23-35137
Invoice Date: 7/31/2013
Customer ID: 18JONESDAYC
Page: 2

**REMIT PAYMENT TO:** Xcellence, Inc.
Worksource #163
PO Box 414378
Kansas City, MO 64141

**Bill To:** Jones Day
77 West Wacker Drive
Chicago, IL 60601

**Ship To:** Jones Day
77 West Wacker Drive
Chicago, IL 60601

| | | | |
|---|---|---|---|
| Ship Via | Delivery | Contact | Elizabeth Pratt |
| Ship Agent | XACT | P.O. Number | Childress v Experian |
| Ship Date | 6/30/2013 | Case No. | CHILDRESS V EXPERIAN |
| Due Date | 8/30/2013 | Job No. | 13635-4/5 & HOSTING |
| Terms | Net 30 Days | SalesPerson | Erich Graumann |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| EDD10 | Media - CD/DVD | 1 | Each Item | 30.00 | 30.00 |
| | VOL EXP-CH002 | | | | |
| | RANGE EXP-CH_000226 - EXP-CH_000792 | | | | |
| | PG CNT: 567  DOC CNT: 23 | | | | |

Fed Tax ID#: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | ▮▮▮ | Subtotal | ▮▮▮ |
| | | Invoice Discount | 0.00 |
| | | Total Sales Tax | 0.00 |
| | | Total | ▮▮▮ |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____  Date: _____